# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTOPHER A. CUVAR, | : | |
| Plaintiff, | : | Case No. 3:11cv00259 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| JUDGE STEVEN L. HURLEY, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #30), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on February 27, 2012 (Doc. #30) is ADOPTED in full;

2. Plaintiff's Motion for Voluntary Withdraw of Motion(s) Without Prejudice (Doc. #29) is GRANTED and this case DISMISSED without prejudice;

3. Plaintiff's Motion for Temporary Leave to File an Amended Complaint (Doc. #22) is DENIED as moot;

4. Defendant Judge Steven L. Hurley's Motion for Judgment on the Pleadings

    (Doc. #24) is DENIED as moot;

5. Defendant Adrienne D. Brooks' Motion for Judgment on the Pleadings (Doc. #27) is DENIED as moot; and,

6. This case is terminated on the docket of this Court.

                                                                Walter Herbert Rice
                                                    United States District Judge