## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

CHRISTOPHER A. CUVAR,　　　　　:

　　　　Plaintiff,　　　　　　　:　　　Case No. 3:11cv00259

vs.　　　　　　　　　　　　　:　　　District Judge Walter Herbert Rice
　　　　　　　　　　　　　　　　　　Magistrate Judge Sharon L. Ovington

JUDGE STEVEN L. HURLEY, *et al.*,　:

　　　　Defendants.　　　　　　:

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #30), to whom this case was

originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been

filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.　　The Report and Recommendations filed on February 27, 2012 (Doc. #30) is ADOPTED in full;

2.　　Plaintiff's Motion for Voluntary Withdraw of Motion(s) Without Prejudice (Doc. #29) is GRANTED and this case DISMISSED without prejudice;

3.　　Plaintiff's Motion for Temporary Leave to File an Amended Complaint (Doc. #22) is DENIED as moot;

4.　　Defendant Judge Steven L. Hurley's Motion for Judgment on the Pleadings

(Doc. #24) is DENIED as moot;

5.     Defendant Adrienne D. Brooks' Motion for Judgment on the Pleadings (Doc. #27) is DENIED as moot; and,

6.     This case is terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge